**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMERICAN FUTURE FUND, INC.,

                    Plaintiff,

- against -

NEW YORK CITY CAMPAIGN FINANCE
BOARD, NEW YORK STATE BOARD OF
ELECTIONS, MICHAEL L. JOHNSON, in his
official capacity as Chief Enforcement Counsel for
the New York State Board of Elections Division of
Election Law Enforcement, KATHLEEN C.
HOCHUL, in her official capacity as Governor of the
State of New York, and LETITIA A. JAMES, in her
official capacity as Attorney General of the State of
New York,

                    Defendants.

No. 1:25-cv-08151 (JHR)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

of State Defendants' Motion to Dismiss the Amended Complaint dated December 18, 2025, and

all prior pleadings and proceedings herein, defendants New York State Board of Elections

("BOE"), Michael L. Johnson in his official capacity as Chief Enforcement Counsel of the BOE

Division of Election Law Enforcement, Kathleen Hochul in her official capacity as Governor of

the State of New York, and Letitia James in her official capacity as Attorney General of the State

of New York (collectively, "State Defendants"), by their attorney, Letitia James, Attorney

General of the State of New York, will move this Court, before the Honorable Jennifer H.

Rearden, United States District Judge, at the United States District Court for the Southern

District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be

determined by the Court, for an order dismissing the Amended Complaint in its entirety pursuant

to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that: (1)

Plaintiff American Future Fund, Inc. ("Plaintiff") fails to state a claim for relief against the Governor or the Attorney General; (2) Plaintiff lacks Article III standing to challenge N.Y. Elec. L. § 14-107(1)(a)(ii) and 9 NYCRR §§ 6200.10(b)(1)(ii)(c)(1)-(4); (3) Plaintiff's as-applied claims are moot; and (4) Plaintiff's facial challenges to N.Y. Elec. L. § 14-107(1)(a) fail to state a claim.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(b) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, any opposition papers shall be served within 14 days of service of these moving papers, and any reply papers shall be served within seven days of service of the opposition papers.

Dated: December 18, 2025
New York, New York

LETITIA JAMES
Attorney General
State of New York
Attorney for State Defendants

By:    /s/ Patrick A. Baker
Patrick A. Baker
Roderick L. Arz
Assistant Attorneys General
28 Liberty Street
New York, New York 10005
(212) 416-8906
patrick.baker@ag.ny.gov
roderick.arz@ag.ny.gov

TO: All counsel of record (by ECF)