HOLTZMAN VOGEL

Washington, D.C.
Virginia
Florida
Arizona
New York
Tennessee
Utah
**holtzmanvogel.com**

November 19, 2026

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** American Future Fund, Inc. v. New York City Campaign Finance Board, et al, No. 1:25-cv-08151– Letter Motion to Lift the Stay Following Resolution of Interlocutory Appeal and to Set New Briefing Schedule.

Dear Judge Rearden:

I represent Plaintiff American Future Fund, Inc. ("AFF") in the above-captioned matter and write to advise the Court that the United States Court of Appeals for the Second Circuit has resolved Plaintiff's interlocutory appeal from this Court's October 28, 2025 order denying Plaintiff's motion for a preliminary injunction (ECF No. 35). The Second Circuit issued its decision on November 6, 2026, and the mandate will issue on November 27, 2026.

On December 31, 2025, this Court stayed proceedings in this action pending resolution of that appeal (ECF No. 47). Defendants' motion to dismiss the amended complaint (ECF No. 43) was accordingly held in abeyance during the stay.

Because the basis for the current stay no longer exists, and so that the Court may decide Defendants' pending motion to dismiss with the benefit of briefing that accounts for the Second Circuit's decision, AFF respectfully requests that the Court:

1. Lift the stay of proceedings entered on December 31, 2025 (ECF No. 47);
2. Terminate Defendants' pending motion to dismiss (ECF No. 43) without prejudice as to renewal; and
3. Enter the following briefing schedule for Defendants' amended motion to dismiss, which shall be limited to the grounds for dismissal raised in Defendants' original motion (ECF No. 43), including any arguments addressing the effect of the Second Circuit's decision: (a) Defendants' amended motion to dismiss due December 18, 2026;

(b) Plaintiff's opposition due January 15, 2027; (c) Defendants' reply due January 29, 2027.

On November 18, 2026, counsel for Plaintiff contacted counsel for Defendants who indicated that they do not oppose lifting the stay, would like the opportunity to file an amended motion to dismiss, and consent to the above briefing schedule. This is the parties' first request concerning this briefing schedule. We thank the Court for its attention to this matter and are available at the Court's convenience to address any questions.

Respectfully submitted,

/s/ *Kellen Dwyer*
Counsel for American Future Fund, Inc.
Holtzman Vogel Baran Torchinsky & Josefiak
2300 N Street NW, Suite 643
Washington, D.C. 20037